# DECLARATION IN SUPPORT OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Summoned Party: Kathleen A. Reffert

Taxpayer: Kathleen A. Reffert

I, Claudia Garcia, pursuant to 28 U.S.C. § 1746(2), declare as follows:

1. My name as used and signed in the summons ("Claudia Garcia") and this Declaration is not a pseudonym.

2. I am over eighteen years of age, and I am not a party to the government's federal court case to enforce the subject summons. I am employed as a Revenue Officer of the Internal Revenue Service ("IRS" and "Service"), with a post of duty in San Diego, California. I am authorized to issue IRS summonses under the authority of § 7602 of Title 26 of the United States Code ("U.S.C.") the Internal Revenue Code ("IRC" and "the Code"). *See* Treas. Reg., § 301.7602-1 (26 C.F.R.); *see also* IRS Delegation Order No. 25-1 (formerly IRS Delegation Order No. 4, Rev. 23) located at IRM, Part 1, Chapter 2, Section 2, (Service-wide Delegations of Authority), 1.2.2.14.1.

3. As a Revenue Officer, my duties include: collecting delinquent tax accounts; securing delinquent tax returns; filing and releasing Federal tax liens; performing credit analyses and evaluations of assets; and conducting tax investigations of federal income tax returns and other information, excise, or specialty returns that have been filed or should have been filed by individual and business Taxpayers, including corporations, partnerships, and fiduciaries, in order to assist the IRS in determining the Taxpayer's correct tax liability. In cases where the required returns are not filed, I also assist the IRS in investigating whether such returns should have been filed and determining the Taxpayer's correct tax liability.

4. In my capacity as a Revenue Officer, I am conducting an investigation into the collection of previously assessed yet unpaid federal tax liabilities of Kathleen A. Reffert (the "Taxpayer" "Summoned Party" or

"Respondent") for the 2012, 2014, and 2015 tax years and I am also attempting to determine Respondent's liabilities with regards to her untiled federal income tax return for the 2018 tax year (hereinafter referred to as the "subject taxable periods," "subject tax periods," and "subject tax years").

5. The purpose of the investigation is to make a determination on the federal income tax liability and collectability of the Taxpayer's outstanding assessed tax liabilities for the subject tax years. The records sought by the summons may be relevant to the IRS's ability to collect the Taxpayer's previously assessed yet unpaid tax liability for the subject tax years. Specifically, by the subject collection summons, I summonsed the Taxpayer for documents and records regarding assets, liabilities, or accounts held in the Taxpayer's name or for the Taxpayer's benefit, which the Taxpayer wholly or partially owns, or in which the Taxpayer has a security interest from January 1, 2019 to the present. Said records may be relevant to my ability to identify property, rights to property, and all interests in property that the Taxpayer may have, which may be relevant to current potential sources of collection, and may include income sources and bank accounts which may be subject to levy.

6. As of the date of this declaration, I have not made any of the final determinations referred to in the immediately preceding paragraph.

7. On June 7, 2019, in furtherance of the above-referenced investigation and in accordance with 26 U.S.C. § 7602, I issued an Administrative summons, IRS Form 6637, to the Summoned Party to appear on July 2, 2019, before the IRS to give testimony and to produce for examination books, records, papers, and other data as described in the IRS summons.

8. On June 7, 2019, in accordance with 26 U.S.C. § 7603, I served an attested duplicate copy of the IRS summons described in the immediately preceding paragraph on the Summoned Party, which I accomplished by leaving a duplicate copy of the summons, containing the attestation required by 26 U.S.C. §

7603, at the last and usual place of above of Summons Party, the person to whom it was directed. A true and correct copy of the attested copy of the summons is attached hereto as **Exhibit 1.** I left the copy of the summons in a sealed envelope, addressed to the Summonsed Party, attached to the front door. A true and correct copy of the certificate of service with respect to the summons is attached hereto as **Exhibit 2.**

9. At the Summoned Party's request, the meeting was moved to July 31, 2019.

10. On July 31, 2019, the Summoned Party failed to appear before the IRS in response to the summons, and the Summoned Party has not produced the documents, records, and other information described in the summons. The Summoned Party has not otherwise provided the summoned information. The Summoned Party's failure to comply with the summons continues to the date of this declaration.

11. On September 16, 2019, IRS Office of Chief Counsel Attorney Clinton M. Crosser, sent the Summoned Party, via certified mail, a "last chance letter," again requesting full compliance with the above-referenced summons, re-scheduling the return date on such summons to October 8, 2019, and stating that if the Summoned Party did not comply with the summons, legal proceedings may be brought against it in the United States District Court. A copy of the letter is attached hereto as **Exhibit 3**.

12. On October 8, 2019, the Summoned Party failed to appear before the IRS and provide the information requested in the summons.

13. As of the date of this declaration, the Summoned Party has not given the testimony and has not produced the books, papers, records, and other data sought by the IRS summons.

14. The testimony sought by the IRS summons is not already in the possession of the IRS.

15. The books, papers, records, and other data sought by the IRS summons are not already in the possession of the IRS.

16. All administrative steps required by the Internal Revenue Code in connection with the issuance and service of the IRS summons have been taken.

17. The testimony and the books, records, papers, and other data demanded by the IRS summons may be relevant to the determination on the collectability of the Taxpayer's federal tax liability, and the determination of whether there are other parties who are liable for federal taxes on whose behalf Respondent received income.

18. No recommendation for criminal prosecution of the taxpayer's been made by the IRS to the United States Department of Justice. In addition, no Department of Justice referral, as described in 26 U.S.C. § 7602(c), is in effect with respect to the taxpayer for the tax periods under investigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  19th  day of April, 2021, at San Diego, California.

*C. G.* (signature)

CLAUDIA GARCIA
Revenue Officer
Internal Revenue Service

# Exhibit 1



# Summons
## Collection Information Statement

In the matter of  KATHLEEN A REFFERT,                            LADERA RANCH, CA
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  Small Business / Self Employed
Periods:  Form 1040 for the calendar periods ending December 31, 2012, December 31, 2014 and December 31, 2015

**The Commissioner of Internal Revenue**

To:  KATHLEEN A REFFERT
At:                           LADERA RANCH, CA

You are hereby summoned and required to appear before C GARCIA, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2019  To Present Date (attached Form 9297)

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

333 W BROADWAY,  SAN DIEGO,  CA   92101   (619) 615-9514

Place and time for appearance: At  333 W BROADWAY 9TH FLOOR,  SAN DIEGO,  CA  92101

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  2nd  day of  July , 2019 at  1:00  o'clock  p  m.

Issued under authority of the Internal Revenue Code this  6th   day of  June                    , 2019

C GARCIA                                    C. *[signature]*                         REVENUE OFFICER
*Signature of issuing officer*                                                         Title

_____            _____
*Signature of approving officer (if applicable)*                                       Title

Original -- to be kept by IRS

# Exhibit 2



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 6/7/2019  Time: 1:05 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Attach to door

Signature: C.H.  Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: C.H.  Title: Revenue Officer

Catalog No. 25000Q  Form **6637** (Rev. 10-2010)

# Exhibit 3



OFFICE OF THE CHIEF COUNSEL

DEPARTMENT OF
INTERNAL REVE
OFFICE OF DIVIS
SMALL BUSINESS/S
701 B STREET,
SAN DIEGO, CALI
(619) 744
EFAX: (855)

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Sent To: KAThleen Reffert
City, State, ZIP+4: Ladera Ranch, CA

SEP 1 6 2019

**Via Regular Mail, Certified Mail**

KATHLEEN A. REFFERT

LADERA RANCH, CA

Dear Ms. Reffert:

Small Business/Self-Employed California Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on June 7, 2019. Under the terms of the summons, you were required to appear before Revenue Officer, Claudia Garcia, on July 2, 2019.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons as it relates to your tax liability for 2012, and 2014-2015. To avoid such proceedings, you are to appear before Revenue Officer:

      Name: Claudia Garcia
      Date: October 8, 2019
      Time: 10:00 a.m.
    Address: 333 W Broadway, Suite 906
               San Diego, CA 92101

Any books, records or other documents called for in the summons should be produced at that time.

GL-120950-19 2

If you have any questions, please contact Revenue Officer, Claudia Garcia, at (619) 615-9514.

Sincerely,

SHERRI SPRADLEY WILDER
Area Counsel
(Small Business/Self-Employed: Area 8)

By: _____
Clinton M. Crosser
Attorney (San Diego, Group 2)
(Small Business/Self-Employed)

cc:  Revenue Officer C. Garcia
Internal Revenue Service
333 W. Broadway, Suite 906
San Diego, CA 92101

Peter Degregori
1401 Dove Street, Suite 630
Newport Beach, CA 92660