1  TRACY L. WILKISON
   Acting United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   JOLENE TANNER (Cal. Bar No. 285320)
4  Assistant United States Attorney
         Federal Building, Suite 7211
5        300 North Los Angeles Street
         Los Angeles, California 90012
6        Telephone: (213) 894-3544
         Facsimile: (213) 894-0115
7        E-mail: jolene.tanner@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:21-cv-00720-CJC-JDE |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| KATHLEEN A. REFFERT, | |
| Respondent. | |

Based upon the Petition to Enforce Internal Revenue Service Summons, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).

**IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following date, time, and address, to show cause why the production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

1

Date: May 25, 2021
Time: 10:00 a.m.
Courtroom: 6A
Address: Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

**IT IS FURTHER ORDERED** that copies of the following documents be served on Respondent (a) by personal delivery, (b) by leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or (c) by certified mail:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office ("USAO"). Service shall be effected by not later than May 10, 2021 to be effective with respect to the current hearing date and the USAO shall file a proof of service or a statement that service has not been effected by May 10, 2021. If service is not effected by May 10, 2021, the hearing set for May 25, 2021 will not proceed.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. Allegations in the Petition not contested by such responsive pleadings or by sworn statements may be deemed admitted.

DATED: April 28, 2021

_____
JOHN D. EARLY
United States Magistrate Judge

Respectfully submitted,
TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
JOLENE TANNER
Assistant United States Attorney
Attorneys for United States of America